Assumpsit.

# Rennick *vs* Ficklin.

ERROR TO THE FLEMING CIRCUIT.

*Case 51.*　　*Husband and wife. Necessaries, Separate maintain-ance.*

*October 15.*　　JUDGE EWING delivered the opinion of the Court.

The case stated.
THIS is an action of assumpsit, brought by Ficklin against Rennick, for articles purchased at the store of Ficklin, by the wife of Rennick, while she was separated from her husband, but to whom afterwards, and before the bringing of this suit, she had returned, upon a recon-ciliation between her and her husband, who had settled in the hands of a trustee, for her use, some ten or twelve thousand dollars worth of property. The facts and law being submitted to the Circuit Court, judgment was given for Ficklin, and Rennick has appealed to this Court.

Tho husband and wife separate, and provision be made for her maintenance, yet if during the sep-aration wife buy necessaries and the parties be-came reconciled the necessaries come to posses-sion of the wife and family, hus-band is liable.
Though the husband gave notice, that he would not pay his wife's debts, contracted during the separation, if the articles purchased were *necessaries, suitable to her state and condition,* after her return, upon a reconciliation be-tween them, he was bound to pay for them. Or if she carried the articles purchased to his house, and they were used by her in the family, by his tacit or expressed sanc-tion or approbation, he was bound to pay for them. But it does not appear in this case whether the articles were or were not necessaries, suitable to her condition, or what they were, or whether the articles, or any of them, were taken to his house or not. Nor does it appear in the proof exhibited by the bill of exceptions, what was the *amount* of her purchase.

Judgment reversed and cause remanded that a new trial may be granted.

*Payne & Waller* for plaintiff: *Cavan & Cox* for de-fendant.